STATE OF NORTH CAROLINA v. MATTHEW DOUGLAS LESTER

No. 646A84

(Filed 4 June 1985)

APPEAL by the State pursuant to G.S. 7A-30(2) from a decision of the Court of Appeals (*Judges Hedrick* and *Becton* concurring and *Judge Phillips* dissenting) reversing in part and remanding in part judgment before *Collier, Judge*, at the 14 July 1983 Session of Superior Court in SURRY County. The opinion of the Court of Appeals is reported in 70 N.C. App. 757, 321 S.E. 2d 166 (1984).

*Attorney General Rufus L. Edmisten, by Assistant Attorney General George W. Lennon, for the State.*

*Appellate Defender Adam Stein, by Assistant Appellate Defender Gordon Widenhouse, for defendant appellee.*

PER CURIAM.

Affirmed.